IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ROSA E. CASTRILLON-SANCHEZ<br>2) ROSA E. SANCHEZ-MERCADO<br>3) JORGE RIVERA-IZQUIERDO<br>4) JACK O'DELL<br>5) CARMEN Z. SOSA-BARRETO<br>6) LUIS RODRIGUEZ-BARRETO<br>7) NOEMI DELGADO-ALICEA<br>**8) LIMARIE AMALBERT-BIRRIEL**<br>9) AMARILYS PAGAN-ESTRELLA<br>Defendant | CRIMINAL 10-0247CCC |

**ORDER**

Having considered the Report and Recommendation filed on February 20, 2012 (**docket entry 287**) on a Rule 11 proceeding of defendant Limarie Amalbert-Birriel (8) held before U.S. Magistrate Judge Marcos E. López on February 14, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Amalbert-Birriel is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 14, 2012. The **sentencing hearing is set for May 16, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 5, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge